| AUSA: | Barrington Wilkins | Telephone: | (313) 226-9621 |
|---|---|---|---|
| Officer: | Kevin Taylor | Telephone: | (402) 403-2136 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Gabriel AGUINAGA ALONSO | Case: 2:21−mj−30078<br>Assigned To : Unassigned<br>Assign. Date : 2/12/2021<br>Description: USA V. GARBIEL<br>AGUINAGA ALONSO (CMP)(MEV) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 1, 2021 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

**On or about February 1, 2021, in the Eastern District of Michigan, Southern Division,** Gabriel AGUINAGA ALONSO, **an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about October 10, 2017, at or near Hidalgo, Texas and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Taylor, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ February 12, 2021 _____

_____
*Judge's signature*

City and state: _____ Detroit, MI _____

Kimberly G. Altman United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
Southern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case: 2:21−mj−30078 |
| | ) | Assigned To : Unassigned |
| v. | ) | Assign. Date : 2/12/2021 |
| | ) | Description: USA V. GARBIEL |
| GABRIEL AGUINAGA ALONSO, | ) | AGUINAGA ALONSO (CMP) |
| | ) | (MEV) |
| Defendant. | ) | |

Criminal No. _____

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Kevin Taylor, being duly sworn state the following:

1.     I am a Deportation Officer for U. S. Immigration & Customs Enforcement (ICE) and am currently assigned to the Detroit Field Office.  I have been employed by the Agency since March 2009.  My duties as a Deportation Officer involve enforcement of the Immigration and Nationality Act, particularly the location and apprehension of criminal aliens for prosecution and removal.

2.     This affidavit is in support of a criminal complaint charging Gabriel AGUINAGA ALONSO, with Reentry After Deportation, in violation of 8 U.S.C. § 1326(a),   reentry into the United States by an alien after deportation or removal, without express permission of the Attorney General or the Secretary for Homeland Security, to reapply for admission into the United States.

3.     The facts and information contained in this affidavit are based on my personal knowledge and observations, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during the course of this investigation.  This affidavit contains information necessary to support probable cause but is not intended to include each and every fact and matter observed by me or known to the government.

4.     Gabriel AGUINAGA ALONSO, aka:  Gabriel ALONSO, (AXXX XXX 573) born XXXXXXX XX, 1995, in Pinos, Mexico, and at all times a citizen of Mexico.

5.     On November 24, 2011, the United States Border Patrol (USBP) arrested AGUINAGA ALONSO and granted him Voluntary Return (VR) to Mexico.

1

6.      On January 14, 2012, the USBP arrested AGUINAGA ALONSO and granted him VR to Mexico.

7.      On August 28, 2017, ICE arrested AGUINAGA ALONSO and served him a Notice to Appear.

8.      On October 2, 2017, an Immigration Judge in Detroit Michigan, ordered AGUINAGA ALONSO removed from the United States.

9.      On October 10, 2017, ICE physically removed AGUINAGA ALONSO from the United States to Mexico.

10.     On October 24, 2020, the USBP arrested AGUINAGA ALONSO and on that same day expelled him form the United States under Title 42.

11.     On November 10, 2020, the USBP arrested AGUINAGA ALONSO and on that same day expelled him form the United States under Title 42.

12.     On November 26, 2020, the USBP arrested AGUINAGA ALONSO and on that same day expelled him form the United States under Title 42

13.     On an unknown date after November 26, 2020, AGUINAGA ALONSO illegally reentered the United States at an unknown location, by foot without inspection.  AGUINAGA ALONSO was not granted permission to enter the United States by the Secretary of Homeland Security or the United States Attorney General.

14.     On February 1, 2021, the Canton Township Police Department cited and arrested AGUINAGA ALONSO for the offense of failed to display valid license. Charges remain pending.

15.     On February 1, 2021, ICE placed an immigration detainer on AGUINAGA ALONSO with the Canton Township Police Department after they notified ICE of his arrest.

16.     On February 1, 2021, the Canton Township Police Department released AGUINAGA ALONSO to ICE on the Immigration Detainer.  ICE officers transported AGUINAGA ALONSO to the Detroit Field Office, and he was processed and served Form I-871, Notice of Intent / Decision to Reinstate Prior Order, in person. ICE searched his fingerprints in the ICE/FBI systems resulting in a positive match for Gabriel AGUINAGA ALONSO, DOB: XXXXXXX XX, 1995, AXXX XXX 573, a previously removed alien.

2

17.    Based on the facts and information set forth above, I respectfully submit that there is probable cause to believe that AGUINAGA ALONSO illegally reentered the United States after having been deported in violation of Title 8 United States Code § 1326(a).

Kevin Taylor
Deportation Officer
United States Immigration & Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

Kimberly G. Altman
United States Magistrate Judge
February 12, 2021

3